**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 22-6721**

─────────

JOHN L. DAVIS,

Plaintiff - Appellant,

v.

DR. B.N. THAKKAR,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-ct-03086-D)

─────────

Submitted:  November 22, 2022                    Decided:  November 29, 2022

─────────

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

John L. Davis, Appellant Pro Se.  Jennifer Dotson Maldonado, P. Suzanne R. Walker, YATES, MCLAMB & WEYHER, LLP, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John L. Davis appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to exhaust administrative remedies. Confining our review to the issues raised in the informal brief, *see* 4th Cir. R. 34(b), we have reviewed the record and find no reversible error. *See also Hicks v. Ferreyra*, 965 F.3d 302, 310 (4th Cir. 2020) ("It is well established that this court does not consider issues raised for the first time on appeal, absent exceptional circumstances." (cleaned up)). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*